JOHN J. ROSEBOOM, and others

v.

MYNDERT VEDDER.

Where on a sale, the master had attended three days from the distance of forty miles, the court would not direct an allowance in costs beyond the scale fixed in the forty eighth rule ; especially as no reason appeared for placing the sale under the direction of a master, from so great a distance.

1824.
July 20.

Master's costs.

THIS was an application to the chancellor, in the nature of an appeal from the taxation of the master's costs, upon a sale of mortgaged premises.

The master had gone forty miles to attend the sale, and spent three days in the business. He charged twenty dollars for the service ; grounding his claim upon the clause in the statute of the 46 sess. ch. 269. sec. 6. " that upon sales the " master shall be allowed all necessary disbursements, actual- " ly paid," and " such allowance by way of commission, as " the chancellor shall deem reasonable."

The taxing master having refused to allow the charge,

MR. SEELYE now asked for the chancellor's direction ; but,

THE COURT said, that it would make no special order upon a case of this kind ; that the case came within the general

provision of the forty eighth rule ; and that there was the less reason for the allowance, as no sufficient cause appeared for placing the business in the hands of a master so distant from the place of sale.